**Motion Granted and En Banc Order filed December 18, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-17-00558-CV

---

**MIKE HALL CHEVROLET, INC. D/B/A AUTONATION CHEVROLET HIGHWAY 6 F/K/A CHAMPION CHEVROLET HIGHWAY 6, AUTONATION, INC., AUTONATION ENTERPRISES, INCORPORATED, AN DEALERSHIP HOLDING COMPANY, AND AUTO HOLDING LLC F/K/A AUTO HOLDING CORPORATION, Appellants**

**V.**

**ALEXANDRA DEIKE, F/K/A ALEJANDRA VALDEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROSA ELVIA GUERRERO, DECEASED, ARIANA DOMINGUEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RUBEN DOMINGUEZ, DECEASED, GREGORIO ARMANDO DOMINGUEZ, EILEEN MEJIA, ANDREA ZERTUCHE, JOSE GUERRERO, EDUWIGES GUERRERO, DONALD CLARK, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF LINDA ANN HARTON CLARK, DECEASED, JENNIFER CLARK AND JOANNA CLARK, Appellees**

---

**On Appeal from the Probate Court No. 2
Harris County, Texas
Trial Court Cause No. 388,367-401**

---

# E N   B A N C   O R D E R

Appellants Mike Hall Chevrolet, Inc. d/b/a AutoNation Chevrolet Highway 6 f/k/a Champion Chevrolet Highway 6, AutoNation, Inc., AutoNation Enterprises, Incorporated, AN Dealership Holding Company, and Auto Holding LLC f/k/a Auto Holding Corporation ("Appellants") and appellees Alexandra Deike, f/k/a Alejandra Valdez, individually and on behalf of the Estate of Rosa Elvia Guerrero, Deceased, Ariana Dominguez, individually and on behalf of the Estate of Ruben Dominguez, Deceased, Gregorio Armando Dominguez, Eileen Mejia, Andrea Zertuche, Jose Guerrero, and Eduwiges Guerrero ("Appellees") have filed a "Joint Announcement of Settlement and Motion to Withhold Ruling on Pending Motions and Motion to Lift Stay to Allow Court Approval." We **GRANT** the joint motion.

To allow time for the parties to execute settlement agreements and deliver settlement funds, for the next sixty days, this court will not rule on either (1) "Appellees' Joint Withdrawal of Opposition to Appellants' Motion to Compel Arbitration, Appellees' Motion to Dismiss Appeal, and Appellees' Motion to Dissolve the Stay of Trial" or (2) the merits of this appeal. To allow Probate Court No. 2, Harris County, Texas, to approve the settlements, we **LIFT THE STAY OF TRIAL** in cause number 388,367-401 in Probate Court No. 2, Harris County, Texas, ordered by this court on October 12, 2018.

We **ABATE** this appeal for a period of sixty days from the date of this order. We shall treat this appeal as a closed case and remove it from this court's active docket. The appeal shall be reinstated on this court's active docket when Appellants and Appellees file a joint motion to dismiss this appeal, or this court may reinstate the appeal on its own motion.

PER CURIAM

En Banc Court consists of Chief Justice Frost and Justices Boyce, Christopher, Jamison, Busby, Donovan, Brown, Wise, and Jewell.